I concur in the result. Unlike the majority of this court, however, I do not agree with the statement that "the husband's circumstances at the time he entered into the divorce agreement are substantially unchanged." 904 So.2d at 1265. Those circumstances included certain expectations that have not been realized; the circumstances in which the parties now find themselves are indeed materially different than those anticipated circumstances upon which the trial court's alimony award was based. In other words, as stated by the Menton court, "[t]he change from a time of optimism and expectation on [the date of the trial court's divorce judgment], to a time of complete failure and bankruptcy . . . represents a material change in circumstances sufficient to invoke consideration of relief by the court." Menton v. Menton, 405 So.2d 940, 942 (Ala.Civ.App. 1981).